## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

NALCO COMPANY LLC, ECOLAB INC.,
HAZELMERE RESEARCH LTD., ECOLAB
USA INC., NALCO HOLDING COMPANY,
NALCO U.S. 2 INC. AND MOBOTEC AB, LLC

Plaintiffs,

v.

WISCONSIN POWER AND LIGHT
COMPANY, WISCONSIN PUBLIC SERVICE
CORPORATION, AND MADISON GAS AND
ELECTRIC COMPANY, d/b/a COLUMBIA
ENERGY CENTER (UNIT 1), AND PORTAGE
FUELS COMPANY LLC

Defendants.

Civil Action No.: 3:18-cv-280


### DECLARATION OF ANDREW FRY, PH.D.


I, Andrew Fry, declare under penalty of perjury that the Expert Reports and exhibits filed as D.I. 78 including 78-1 to 78-26, D.I. 79 including 79-1 to 79-2 and D.I. 80 including 80-1 are true and correct, subject to and including the two corrections made on the record during my deposition on April 8, 2019.  D.I. 77 at 65:11–66:24.


Executed on April 15, 2019 in Provo, Utah


_____
Andrew Fry, Ph.D.