UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NALCO COMPANY LLC, ECOLAB INC., HAZELMERE RESEARCH LTD., ECOLAB USA INC., NALCO HOLDING COMPANY, NALCO U.S. 2 INC. AND MOBOTEC AB, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WISCONSIN POWER AND LIGHT COMPANY, WISCONSIN PUBLIC SERVICE CORPORATION, AND MADISON GAS AND ELECTRIC COMPANY, d/b/a COLUMBIA ENERGY CENTER (UNIT 1), AND PORTAGE FUELS COMPANY LLC<br><br>Defendants. | Civil Action No.: 3:18-cv-280<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that this action be and hereby is voluntarily dismissed in its entirety with prejudice, including all claims and counterclaims, and without costs, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii).

Dated: August 1, 2019                                  Respectfully submitted,

_/s/ Cassandra Klingman_ (with permission)      _/s/ Kristin Graham Noel_
Bryan Farney (Pro Hac)                                 Richard W. Mark
Cassandra Klingman (Pro Hac)                       Joseph Evall
Farney PC                                                     Paul J. Kremer
800 South Austin Ave., Suite 200                   Gibson, Dunn & Crutcher LLP
Georgetown, Texas 78626                              200 Park Avenue
Tel: (512) 582-2828                                        New York, NY 10166-0193
Fax: (512) 582-2829                                        Telephone: (212) 351-4000
bfarney@farneypc.com                                   Facsimile: (212)351-4035
cklingman@farneypc.com                               rmark@gibsondunn.com

jevall@gibsondunn.com
pkremer@gibsondunn.com

| | |
|---|---|
| Sarah A. Zylstra | Kristin Graham Noel |
| State Bar No. 1033159 | Anita Marie Boor |
| Boardman & Clark LLP | Quarles & Brady LLP |
| One South Pinckney, Suite 410 | 33 East Main Street |
| P.O. Box 927 | Suite 900 |
| Madison, Wisconsin 53701-0927 | Madison, WI 53703 |
| Telephone: (608) 257-9521 | Telephone: (608) 251-5000 |
| szylstra@boardmanclark.com | Facsimile: (608) 251-9166 |
| | kgn@quarles.com |
| *Counsel for Plaintiffs* | anita.boor@quarles.com |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I caused to be electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kristin Graham Noel*
Kristin Graham Noel